ORIGINAL

United States District Court
For The District Of Delaware
Constitutional Article 3 Proceeding


FILED
MAY 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ronald G. Johnson #182421
Petitioner Address
v.          P.O. Box 9561
            Wilmington, De 19809

Warden, Raphael Williams
M.P.C.J.F. 1301 East 12th Street
Wilmington, De 19802

Civil Action No:    05-258

Administrative Notice
I am held in this Prison for a invalid warrent #32 05 002559 and
Re: Case No: 05 04 012348

# Writ Of Habias Corpus

28 USC 2241, 28 USC 2241 (c)(3)

## Motion To Proceed In Forma Pauperis

Come now Ronald G. Johnson inmate #182421 Address: Multi Purpose Criminal Justice Facility 1301 East 12th Street, Wilmington, Delaware 19802 and Motion and Move this Honorable Court to proceed in Forma Pauperis. I am indegent and can not afford to pay the cost of these proceedings.

## Motion For Transfer To Proper Court

Come now the Petitioner and Motion and Move this Honorable Court for a transfer of this case to Proper Court If for some reason this Honorable Court Find it Lack Jurisdiction. I Honestly believe this is the proper Court and wish the granting of Habias Corpus.

Page 1-4