ORIGINAL

United States District Court
For The District Of Delaware
Constitutional Article 3 Proceeding

Ronald G. Johnson #182421
Petitioner Address
P.O. Box 9561
Wilmington, De 19809

V.

Warden, Raphael Williams
M.P.C.J.F. 1301 East 12th Street
Wilmington, De 19802

Civil Action No: 05-258


FILED
MAY 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Administrative Notice
I am held in this Prison for a invalid warrant # 32 05 002559 and Re: Case No: 05 04 012348

# Writ Of Habias Corpus

28 USC 2241, 28 USC 2241 (c)(3)

## Motion To Proceed In Forma Pauperis

Come now Ronald G. Johnson inmate #182421 Address: Multi Purpose Criminal Justice Facility 1301 East 12th Street, Wilmington, Delaware 19802 and Motion and Move this Honorable Court to proceed in Forma Pauperis. I am indegent and can not afford to pay the cost of these proceedings.

## Motion For Transfer To Proper Court

Come now the Petitioner and Motion and Move this Honorable Court for a transfer of this case to Proper Court IF for some reason this Honorable Court Find it lack jurisdiction. I Honestly believe this is the proper Court and wish the granting of Habias Corpus.

Page 1-4

# Motion For Habias Corpus Relief

Come now the petition Ronald G. Johnson and Motion and Move this Honorable Court for Habias Corpus relief, To bring my body out of this Prison, And before this Honorable Court if need be for a Immergency Evidenuary Hearing.

## Fact OF The Case

① I was falsely arrest by officers with-out warrent, Capias, or indictment. As of today No valid warrent, Capias or indictment has been produced.

② I have a Copy of a invalid Affidavit and warrent of the officer who falsely arrested me. His affidavit is not Signed by himself, Nor is it sign by a Judge, magistrate judge, Court Commissioner or Court official.

③ The officer who brought me to this Prison (whom refused to give his name) gave me his word that this prison do not have a Valid Warrent, Capias, indictment, Nor Detention order to hold me in Custody.

## Congressional and Constitutional Violation

Congress has made Laws that No man Shall be held to answer to charge with-out Due Process of the

②

Courts of law. <u>Relief Prayed</u>

"<u>Relief Prayed is a Order of my Release From this Prison</u>"

## Constitutional Volations

This illegal custody is in violation of my Federal Civil Constitutional Rights under the 1st, 3rd, 5th, 6th, 8th and 14th Amendment.

## Conclution

I was arrest with-out a warrent, Copias or Indictment, I have went to Preliminary Hearing Still No valid warrent or Capias or Charges has been produced. Due to the Conspiracy of the State of Delaware Court of Common Pleas, For New Castle County Judge and Prosecution Errors and Failure to Correct the Errors in holding me illegally in Costody. I Come to the High Court for Habias Corpus relief. This prison has No valid warrent, Capias or indictment to hold me on, Nor a Vilid Detention Order base on the Congress Law Violation and the Constitutional Violations I Motion and Move this Court For a Order of Habias Corpus. This Prison has failed to Produce my Freedom of Info. Act Copy of Valid Detention Order.

③

## Oath and Affidavit

I declare under penalty of perjury that the foregoing is true and correct.

April 27, 2005
Signed this date

*Ronald Johnson*
signed

## Proof Of Service

Dear; Clerk

I am indegent and cannot afford to serve the respondants. Please Dear Clerk serve the respondants and Please send me a stamped copy.

Thank You and your help and Kindness is truely truely Appriciated.

*Ronald Johnson* April 27, 2005

(4)

Ronald Johnson
#182421
M.H.C.J.F.
P.O. Box 9561
Wilmington, De 19809

POSTAGE DUE 23¢

Legal Mail

Clerk's Office
United State District Court
For The District of Delaware
844 King Street
Wilmington, De, 19801