# **<u>SEALED DOCUMENT</u>**