State of Delaware vs. **RONALD G. JOHNSON**              Case: **05 04 012348**

## Exhibit B

05CV258

**SBI Number:** 00182421                           **Also Known As:**
**Date of Birth/Age:** **Jun** ▮▮ **1965 (39)**      **Sex:** **Male**                    **Race:** **Black**
**Eye Color:** **Brown**      **Hair Color:** **Black**       **Height:** **6'0"**    **Weight:** **155 lbs**
**Driver's License:** ▮▮▮▮▮                      **Social Security Number:** ▮▮▮▮▮

**Address:** ▮▮▮▮▮                              **Next of Kin, Address, Employer**
                                                 **ETHEL JOHNSON**
New Castle, DE 19720
**Phone:**                                        **WILMINGTON, DE 19802**

**Employer:** UNEMPLOYED

**Date and Times of Offense:** Between 04/15/2005 at 2300 and 04/15/2005 at 2323
**Location of Offense:** ▮▮▮▮▮ - Manor Park Apts - New Castle, 19720

Your affiant OFC MARC W ALFREE can truly state that:

1. Your affiant is a sworn police officer employed by the New Castle County Police Department and is assigned to the patrol division.

2. On Fr 04-15-05 @ 2323 hours your affiant responded to 1201 N. Dupont Highway in New Castle reference to a domestic dispute with a weapon which occurred at 1623 New Jersey Ave, Apt 2 (Manor Park Apts), in New Castle, New Castle County, Delaware.

3. Your affiant did interview Michelle Roebuck ▮▮▮▮▮ who stated she was involved in a domestic dispute with her boyfriend, Ronald Johnson ▮▮▮▮▮, who was armed with a knife.

4. Michelle Roebuck advised your affiant that at approximately 1200 hours on Fr 04-15-05 Ronald Johnson wanted money from her however she refused to give him any. At this point Ronald began to poke her in the head causing her alarm. Michelle then fled the residence so Ronald would not hurt her.

5. Michelle Roebuck returned to the residence later in the evening and became involved in another dispute with Ronald Johnson over money again. Michelle refused to give him any money again so Ronald entered the kitchen and grabbed a 13 inch butcher knife.
6. After Ronald armed himself with a knife Michelle attempted to leave the residence however Ronald stood in front of the only door to the apartment refusing to allow her to leave.

_____
Affiant
Sworn and subscribed before me this 16th day of April AD, 2005

_____
Judge/Commissioner/Court Official

State of Delaware vs. **RONALD G. JOHNSON**                Case: 05 04 012348

7. Michelle Roebuck stated at this point she fled to the bedroom because she was in fear of injury because Ronald had a crazed look (eyes wide open). Michelle was able to eventually flee the apartment when an unknown male inside the apartment pushed Ronald to the floor.

8. Your affiant, Cpl Simpson (#2320/NCCPD) and several other NCCPD officers responded to the apartment and made contact with Ronald Johnson. Your affiant and Cpl Simpson gave Ronald several loud and clear lawful commands to show his hands and get onto the floor however he refused to comply.

9. Ronald Johnson did eventually stand up and punch Cpl Simpson in the chest while he was attempting to effect an arrest.

10. After Ronald Johnson was taken into custody he was escorted to an awaiting ambulance and was placed on a stretcher. Ronald attempted to get up when he legs were being secured so therefore Cpl Simpson grabbed Ronald. Ronald pulled away and hit Cpl Simpson in the chest with his chest.

11. Ronald Johnson then attempted to kick Cpl Simpson placing him in fear of imminent physical injury.

12. Your affiant prays an arrest warrant be issued for Ronald Johnson ▓▓▓▓▓▓▓ for the above charges.

Affiant: OFC MARC W ALFREE (2555) of New Castle County PD

| Victims: | Date of Birth | Relationship Victim to Defendant |
|---|---|---|
| MICHELLE A ROEBUCK | ▓▓▓▓▓▓ | Boyfriend/Girlfriend |
| SOCIETY/PUBLIC | | Victimless Crime |
| SCOTT SIMPSON | | Stranger |

_____
Affiant
Sworn and subscribed before me this 16th day of April AD, 2005

_____
Judge/Commissioner/Court Official