

United States District Court
For The District OF Delaware
Civil Division

Ronald G. Johnson

V.

State OF Delaware,
    And

Warden Rapheal Williams et al,

Civil Action No:
    05-258

Request Status of Case

## Motion For Status OF Case

Come Now: Ronald G. Johnson #182421
Mailing Address M.P.C.J.F./H.R.Y.C.I P.O.Box9561
Wilmington, De. 19809 and Motion and Move
this Honorable Court fot the Status of two
Filling in this Court a Writ OF Habias Corpus
and a Writ OF Mandamus, Please send response
Legal Mail, open in front of Inmate. Warden
is a defendant and stuff is stilling my mail

