OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 25, 2005

TO:   Ronald G. Johnson
      HRYCI
      SBI# 182421

      *RE:*   **Status Letter; 05-258 KAJ**

Dear Mr. Johnson:

    This office received a letter from you requesting the status of your case.  Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court.  You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/bad                                PETER T. DALLEO
                                    CLERK

(4)

United States District Court
For The District OF Delaware FILED

Civil Division

MAY 1 9 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ronald G. Johnson

V.

State OF Delaware,
        And

Warden Rapheal Williams et al,

)
)
)
)
)
)
)

Civil Action No:
    05-258

BD scanned

Request Status of Case

" Motion For Status OF Case "

Come Now: Ronald G. Johnson #182421

Mailing Address M.P.C.J.F./H.R.Y.C.I P.O.Box9561

Wilmington, De. 19809 and Motion and Move

this Honorable Court fot the Status of two

Filling in this Court a Writ OF Habias Corpus

and a Writ OF Mandamus. Please send response

Legal Mail, Open in Front of Inmate. Warden

is a defendant and Staff is stilling my mail
                            Ronald Johnson  May 17, 2005