United States District Court
For The State OF Delaware
Civil Division



FILED

JUN - 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ronald G. Johnson

V.

Warden, Raphael Williams et al.

) Civil Action No. 05-258 K.A.J.

## Motion To Strike Previous Filing

Come Now, the Petitioner and Motion
and Move the Court to Strike his last
Brief. And to Except this New informal
brief.

Being instruct as to the "(AEDPA)" the
Petitioner has chosen to withdraw his previous
Habias Corpus Petition and File this New one.

## Please!

Attach my Exhibit A that was attach
to my Previous Habias Corpus Petition on
my knew filing. The warrent is evidence Plus
the officer testified he Press No Charges a Preliminary
Hearing May 22, 2005 Thank You Ronald Johnson



"Legal Mail"

OFFice OF The Clerk
United States District Court

For The State OF Delaware
Civil Division

844 N. King Street
Wilmington, Delaware 19801

Ronald G. Johnson
#18 24 21
H. R. Y. C. I
P.O. Box 9561
Wilmington, De 19809