United States District Court
For The District Of Delaware
Civil Division
Constitution Article 3 Proceeding

RECEIVED
JUN 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ronald G. Johnson
Inmate # 182421
H.R.Y.C.I
P.O. Box 9561
Wilmington De 19809

V.

Warden, Raphael Williams of Howard R. Young Correctional Institute,

State of Delaware attorney General's office, M. Jane Brady

Justice of The Peace Court 20

Court of Common Pleas, In and For New Castle County

Please stop this
> Conspiracy of the State
> Courts and or Judges
> There is No warrent or
> Detention Order that's Valid

> Civil Action No: 05-258 KAJ.

> Administrative Notice

Please acknowledge that I have Sought help in the State
> Courts all the way up to
> Supreme Court of the State
> of Delaware See Case No: 201,
> 2005 the Superior Court has
> reject all my Filing. I seek
> speedy Federal Habias Corpus.

Writ of Habias Corpus
28 USC 2241, 2241(C)(3)
Jurisdiction

Please!
Attack my Exhibit
the un-sign warrent
to this New Habias
petition.

Come Now, Ronald G. Johnson and Motion and Move this Honorable Court For Habias Corpus I am held in Violation of my Federal Civil Constitutional Rights, Law and treaties. Federal Jurisdiction is called for because I have Sought help in State Courts This is the most speedy and Most Powerful remedy.

"<u>Motion For Injuction Relief</u> to Prevent a manifested <u>Injustice.</u>" And <u>Habias Corpus</u> Order my Release

Come Now: Ronald G. Johnson a black human being and Motion and Move this Honorable Court to Prevent Further Constitution Civil Federal Violations, Order Petitioner to appear before this Honorable Court with the Respondants. <u>Fact OF The Case</u>

I am illegally held by ①<u>Warden</u>, <u>Raphael Williams</u>, ②<u>Justice of Peace or Court 20</u> has illegally given me a bail of $25,200.00, ③ And the <u>Court OF Common Pleas</u> <u>OF And For New Cast County</u> affirm the illegal custody.

<u>Statement OF The Case</u>

No officer has pressed charges against me. I am held in custody for Case No: 0504 012348 The officer at preliminary Hearing who wrote the warrent, has testified that him, nor any other officer has press any charge. <u>Court 20</u> and or the <u>Magistrate Judge</u> of and for Court 20, has illegally taken the unfiled charges of the officer and process them and illegally given me a $25.200 bail "<u>on April 16, 05 - April 21 05</u>"

②

The Court of Common Pleas judge at Preliminary Hearing [after hearing the officer of the warrent and Case No; 0504012348 testify that he press No Charges, Nor any other officer] still refuse to remove or Dismiss the in-valid charges, And refused to remove the illegal bail.

"Conspiracy To Violate Rights"
Violation of Congressional Law And Constitutional Violations

Congress has mandate that Conspiracy to Violate right is a Federal offense See Title 18 USC 241 And knowing right are being violated is a Federal offense See Title 18 USC 242. These Court has been writen to and the warden has been Notified that there is No warrent or Charges pressed against me. But the Magistrate judge (woman)(don't know name), Court of Common Plea judge (woman)(do not know name) and the warden here Continues to hold me. Congress has Mandated that no one shall be held with-out Due Process, Or without Probable Cause and reasonable bases. These State officer intend on holding me illegally till the Prosecuter get a indictment. The Court of Common

③

has approve the un-press charges to go to Superior Court For The State Of Delaware, Of And For New Castle County. And for them to go to a grand jury. I file this "Motion For Declaratory Relief to Stop that Action."

## Constitutional Violation

My Federal Civil Constitutional Rights have been violated under the 1st, 3rd, 5th, 6th, 8th And 14th Amendment

## "Injuction and Declaratory Relief" "Motion To Stop a Manifested Injustice" "By Granting My Release"

The Prosecuter knows no officer press any charge, And that no warrent is filed. The officer testified so at Preliminary Hearing. The Court of Common Plea judge know too he testified before her, the Court 20 Magistrate knows she gave a bail of $25,200. The Warden knows I file greivance and wrote him letters. Please Stop this 8th Amendment Federal Civil Right Violation of malicious prosecution And cruel and unusual punishment. Congress Mandate I am innocent till proven guilty, And Due Process Court and law procedures are to be followed. Please Order

④

my bail removed. No warrent has been File For Case No: 0504012348 there there should be No bond, Also

Please order the Charges dropped by this prison No officer gave this prison a Valid warrent, Nor did a officer press or present to any of these Court a Valid warrent or Capias or Indictment. Please order bail cleared and this prison to clear these Charges. Congress Mandated my right is to be respected. "This Prison has No Valid Detention Order"

Exhibit A is Attached

Attached is the warrent on it is the Case No: 0504012348 he testified that he nor his staff pressed Charges.

## Jurisdiction OF This Court

Jurisdiction is invoke upon this Court by the Fact I have No speedy or just remedy. The Conspiracy of the State and State judges "Can not be Cured" one by the other, therefore Federal jurisdiction is Call For. This manifested injustice is set at a pace that will get worste before it get better. They will Forge a indictment next and order my conviction as it appear to be the goal. Delaware does not glue grand jury minute who would know?

⑤

# Interrogatory Questions

To: Warden Raphael Williams of
    State of Delaware
    Department of Correction
    Howard R. Young Correctional Institution
    1301 East 12th Street
    Wilmington, De 19802  (302) 429-7700    [#1 Question]

**(A.) Interrogatory Questions**   [To all is there a valid Warrent for Case No: 0504012348]

1. Who gave you a Detention Order to hold me in jail on "April 16, 2005 - threw April 21, 2005"?

2. If you or your staff did not hold me illegally Can you produce a valid Detention Order? If so present Proof!

3. Who gave you a #25,200 bail to hold me on From April 16, 2005 - threw - April 21, 2005

To: Warden Rapheal Williams, Justice of The Peace Court 20 "Magistrate"

**(B.) Interrogator Questions**

1. How is it you gave a Detention Order when No officer pressed charges?

2. How is it you gave me a bail when no officer pressed charges.

To: Judge of Court of Common Pleas, New Castle County

**(C.) Interrogatory Questions**

1. Why did you not Dismiss Charges when the officer testified before you he did not press charge, Nor did any other officers.

2. Why did you back a illegal bail? Do you know gave it? Who then?

## Relief Pray of This Honorable Court

Therefore the petitioner Prays this Honorable Court for Declaratory relief, to Order these Courts and Staff thereof to Clear there record of this case. Because Case No: 0504012348 has not been Filed or press by officers. (2) To Order removal of bond for this case. (3) To Order my release back to Society where I was before the Court 20 magistrate judge put the illegal Detention Order on me, of a bail of $25,200. (4) Order me Habias Corpus Relief from this said illegal custody. In the duty of justice the Court on it own jurisdiction should put a end to this prejudice, bias treatment and Conspiracy to violate my rights.

## Certificate of Service

I have served the respondants, Do to the burden of getting Copies this prison has put on me. I cannot afford to send more than the original.

## "Oath and Affidavit"

I declare that the foregoing is true and Correct under Penalty of Perjury. Declared this date May 5, 05   signed Ronald Delmar

# Superior Court For The State Of Delaware
## New Castle County

Civil Division
Constitution Art 3 proceed

Ronald G. Johnson
Inmate # 182421
Mailing Address
M.P.C.J.F./H.R.Y.C.I
P.O. Box 9561
Wilmington, De. 19809
V.
State Of Delaware,
Attorney General office,
M. Jane Brady

Court Of Common Pleas
In and For New Castle County,

Justice Of The Peace Court 20

Warden, Raphael Williams, of
Howard R. Young Correctional Institution
State of Delaware Dept. of Corrections.
1301 East 12 Street
Wilm. De. 19802

Administrative Notice
Dear: Your Honor

Please acknowledge I have also sought by Motion help in Court Of Common Please No acknowledgement my Motion has come. It appears it will take to long to get the immediate help needed.

Civil Action No:
Injuction and Declaratory Relief
10§6901 threw 10§6910/10§562 and 10§564

Habias Corpus
28 USC 2241 and 2241 (c)(3)

Please Stop the Conspiracy to hold me illegally without warrant, till they can get a Indictment.

## Writ Of Habias Corpus

### Certificate Of Service

. I declare that a Full copy was mailed and served upon all respondant. Because I am Indegent and a error of service may occure the Court is also Move to Order Service upon defendants and Respondents. Declared May 5, 05 signed Ronald Johnson

page 1-7



Ronald G. Johnson
#18 24 21
H.R.Y.C.I
P.O. Box 9561
Wilmington, De 19809

"Legal Mail"

Office Of The Clerk
United States District Court
For The State Of Delaware
Civil Division
844 N. King Street
Wilmington, Delaware 19801