In The United States District Court
For The District Of Delaware
Constitutional Article 3 proceeding
Civil Division



Ronald G. Johnson

V.

Raphael William, (Warden) et al,

Civil Action No: 05-258-K.A.J.

<u>Habias Corpus</u> And Injuction and Declaration Relief

## Motion For Status Of Case

## Motion To Make a Ammendment To This Action

Comes Now, the Petitioner and Motion and Move this Honorable Court for The Status of this Case. Your Honorable Jurisdiction and Authority is needed to Correct, inforce the Lower Courts and Staff of them.

## Motion To Dismiss Case and Charges

Come Now, Ronald G. Johnson and Motion and Move this Honorable Court to Order a Dismissal of my State Criminal Case and Charges of Case No: 0504012348 Pursuant to Superior Court Administration Order Secs. 5(a), 5(c), 18(b) which authorize Dismissals pursuant to Superior Court Criminal Rule 48(b). The Lower Courts refuses to even acknowledge or accept or respond to Motions. Declare under perjury Wherefore Federal Court Authority is call for.    Ronald Johnson 6-3-05



"Legal Mail"

Office Of The Clerk
United States District Court
For The State Of Delaware
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

U.S.M.S
X-RAY

Ronald G. Johnson
#186 2421
H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware
19809