United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. _05-258 KAJ_

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery 6-17-05<br>C. Signature<br>X ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>WARDEN<br>~~Mailroom Officer~~<br>Howard R. Young Corr. Inst.<br>P. O. Box 9561<br>Wilmington, DE 19809 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article  7002 2030 0003 0326 8581 | |
| PS Form 3811, July 1999 | Domestic Return Receipt   102595-99-M-1789 |