IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RONALD G. JOHNSON**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-258-KAJ |
| | : | |
| **RAPHAEL WILLIAMS,** Warden, | : | |
| | : | |
| Respondent. | : | |
| | : | |

**MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1. The petitioner, Ronald G. Johnson, has applied for federal habeas relief prospectively challenging pending criminal charges stemming from an April 16, 2005 domestic violence incident. On May 31, 2005, a grand jury indicted Johnson on nine charges, including several counts of offensive touching, resisting arrest and weapons offenses. *See generally In re Petition of Johnson*, No. 201, 2005, 2005 WL 1355126 (Del. June 6, 2005). The respondent filed today an answer to Johnson's petition for a writ of habeas corpus.

2. By the terms of the Court's order, the respondent is directed to attach to the answer certified copies of the state court records material to the questions raised in the petition.

3. The respondent has been unable to obtain, copy and have certified state supreme court records from Dover in order to file them contemporaneously with the answer. The undersigned anticipates obtaining, having certified, and copying the records within 30

days and intends on filing them immediately upon receipt. The undersigned thus requests until August 31, 2005 to copy, have certified and transport the records for filing with the Court in this case.

    4.    Respondent submits that an extension of time to and including August 31, 2005 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondent submits herewith a proposed order.

/s/Thomas E. Brown
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar ID# 3278
e-mail: *ThomasE.Brown@state.de.us*

Date: August 1, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RONALD G. JOHNSON**, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civ. Act. No. 05-258-KAJ |
| : | |
| **RAPHAEL WILLIAMS,** Warden, : | |
| : | |
| Respondent. : | |
| : | |

O R D E R

This _____ day of _____, 2005,

WHEREAS, respondent having requested an extension of time in which to file certified portions of the state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondent shall file certified portions of the state court records on or before August 31, 2005.

_____
United States District Judge

## CERTIFICATE

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

_____
/s/ Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice


Counsel for Respondent


Date: August 1, 2005

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of this Court, hereby certifies that on August 1, 2005 he caused to be electronically filed the attached document (motion for extension of time to file state court records) with the Clerk of the Court using CM/ECF. I hereby certify that on August 1, 2005 I have also caused to be mailed by first class U.S. Mail two copies of the document to the following non-registered participant, the petitioner:

Ronald G. Johnson (ID No. 182421)
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809.

/s/ Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondent

Date: August 1, 2005