In The United State District Court
For The District OF Delaware

Ronald G. Johnson                   ⊐
                                    ⊐
    v.                              ⊐ Civil Action No. 05-258-K.A.J.
State OF Delaware                   ⊐
Court OF Common Pleas Judge         ⊐
Warden, Raphael William             ⊐          FILED
Justice OF The Peace, Court 20 Judge ⊐       AUG 16 2005
Superior Court Judges               ⊐     U.S. DISTRICT COURT
                                          DISTRICT OF DELAWARE

" Response To The Respondant's Answer To My Filing "
"And" Motion For Default Judgement On The Pleading "

   Comes Now, Ronald G. Johnson and Moves
this Honorable Court for Default Judgement on
the Pleading, In support I present the following.
   1.) The respondant(s) have not Denied my Claims
a) That no officer pressed Charges. b) That there is no Valid warrent
c) That no one Judge, Prosecutor and officer Could not tell me who
   was the arresting officer a Preliminary Hearing on April 22, 2005
D) They Could not present to me a Valid warrent at Preliminary Hearing.
e) They have not Denied that I was braught in this prison with-out
   a Detention Order April 15, 2005 — threw April 21, 2005 f) They have not Denied
   that the officer at Preliminary testified he pressed no Charges Nor anyone else
6.) I have not Seen a Valid warrent or Valid Indictment. "Conclusion"
Anyway why would New Castle Police File a warrent in Court 20 (Jurisdiction Issue



Ronald G. Johnson
#182474 H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware
19809

" Legal Mail "
Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street

Wilmington, Delaware 19801