OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 18, 2005

TO: Ronald G. Johnson
    SBI #182421
    Howard R. Young Correctional Institution
    1301 East 12th Street
    P.O. Box 9561
    Wilmington, DE 19809

**RE: Service Letter; 05-258(KAJ)**

Dear Mr. Johnson:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

In The United State District Court
For The District OF Delaware



Ronald G. Johnson            ]
                             ]
v.                           ]
State OF Delaware,           ]   Civil Action No. 05-258-K.A.J.
                             ]
Court OF Common Pleas, Judge ]
Justice OF The Peace, Judge  ]
Warden, Raphael Williams.    ]
Superior Court Judge         ]

"Motion For Finding OF Facts Hearing, Evidentuary Hearing", And For "Oral Arguement" et al.,

"Issues For Review and Arguement"

1.) I was not arrest on April 16, 2005. If so by who?

2.) There is No Valid warrent IF so where is it?

3.) The Court OF Common Plea was without Jurisdiction to bound my Case over to Superior Court@When the prosecuter was un-able to tell me who the arresting officer was, Nor was the Judge when asked and Nor Could any other officer tell me who was the arresting officer.

In The United State District Court
For The District OF Delaware

Ronald G. Johnson

V.

State OF Delaware
Court OF Common Pleas Judge
Warden, Raphael William
Justice OF The Peace, Court 20 Judge
Superior Court Judges

Civil Action No. 05-258-KAJ.

FILED
AUG 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

"Response To The Respondant's Answer To My Filing"
"And" Motion For Default Judgement On The Pleading

Comes Now, Ronald G. Johnson and Moves this Honorable Court for Default Judgement on the Pleading, In Support I present the following.

1.) The respondant(s) have not Denied my Claims
a) That no officer pressed Charges. b.) That there is no valid warrent
c.) That no one Judge, Prosecuter (or) and officer could not tell me who was the arresting officer a Preliminary Hearing on April 22, 2005
D.) They Could not present to me a valid warrent at Preliminary Hearing.
e.) They have not Denied that I was braught in this prison with-out a Detention Order April 15, 2005 — threw April 21, 2005  f.) They have not Denied that the officer at Preliminary testified he pressed no Charges Nor anyone else
G.) I have not seen a valid warrent or valid Indictment. "Conclusion"
Anyway why would New Castle Police file a warrent in Court 20 (Jurisdiction Issue)