In The United States District Court
For The District OF Delaware

Ronald G. Johnson )
V. )
State OF Delaware, ) Civil Action No. 05-258-K.A.J.
Court OF Common Pleas, )
Warden, Raphael Williams, )
Justice OF The Peace, Court 20, Judge )
Superior Court Judge )

FILED
AUG 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

"Filing OF Exhibit B and C"

Comes Now, Ronald G. Johnson and File Exhibit B and C in Support of Ruling in petitioner and Appellant's favor.

"Administrative Notice"

The Court should review Exhibit A showing "invalid warrent"

"Further Administrative Notice"

Comes Now, Ronald G. Johnson and File Administrative Notice that No Indictment has been Filed or returned. This Exhibit B. and Exhibit C. Shows that the Prosecuter

rubber stamped this indictment with jury foreman signiture. And the Exhibit C show the records tell the Court that Indictment was requested but not issued.

I Move the Court to Dismiss charges base on pursuant to Superior Court Administrative Order Secs 5(a), 5(c), 18(b) which authorized dismiss pursuant to Superior Court Criminal Rule 48(b) for failure to indict with-in (45) Forty-Five days after arrest. The indictment is nothing but a rubbery stamp that the prosecuter owns. No jury foreman ever sign it.

"Motion Amendment Ground For Relief"

Comes Now, the Appellant and Petitioner and Moves this Honorable Court to allow this Amendment. grown for relief. The Superior Court also Denied me a Dismissal for failure to indict. I filed another which went un-addressed. I now present same grown Present to Superior Court and Supreme Court of The State of Delaware Case No. 201,2005, Pursuant to Superior Court Administrative Order Sec6.5(a),5(c), 18(b), which authorize Dismissals Pursuant to Superior Court Criminal Rule 48(b) For failure to indict within 45 days.

Constitutional Violation

The State is in Violation of my 3,5,6 and 14th Amend. U.S.C.A. 5,6,14th "Oath and Affidavit" I Declare all true under perjury Ronald Johnson 8-18-05



Ronald G. Johnson
#182421, H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware
19809

"Legal Mail"

United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19809

U.S.M.S.
X-RAY