*Exhibit C.* (Showing Not Indicted)

```
                    SUPERIOR COURT CRIMINAL DOCKET                 Page    2
                          ( as of  06/21/2005 )

State of Delaware v.  RONALD G JOHNSON                    DOB: 06/23/1965
State's Atty: ANDREW J VELLA , Esq.        AKA: RONALD E JOHNSON
Defense Atty:                                   RON JOHNSON

        Event
No.     Date            Event                                    Judge
-----------------------------------------------------------------------------
 9      05/11/2005
          MOTION TO PROCEED PRO SE FILED.  REFERRED TO JUDGE HERLIHY
 7      05/12/2005
          NOTICE OF NON-CONFORMING DOCUMENTS. PETITION FOR FORMA PAUPERIS-
          NEEDS FINANCIAL STATEMENT.
          USED INCORRECT FORM.
          SENT CORRECT FORM.
 8      05/12/2005
          MOTION TO DISMISS FILED PRO SE.  REFERRED TO JUDGE HERLIHY
10      05/20/2005                                        SILVERMAN FRED S.
          ORDER: IT APPEARS THAT DEFENDANT WAS ARRESTED BY NCC POLICE AND HE WAS
          COMMITTED BY THE JP COURT ON APRIL 16, 2005. ALTHOUGH DEFENDANT MAY
          HAVE RECEIVED UNSIGNED COPIES OF THE PAPERWORK, THE ACTUAL PAPERWORK
          IS REGULAR. MORE IMPORTANTLY, DEFENDANT WAS SET FOR A PRELIMINARY
          HEARING IN COURT OF COMMON PLEAS ON APRIL 22, 2005. AND THE CASE WAS
          ACCEPTED IN SUPERIOR COURT ON APRIL 25, 2005. PRESENTLY, THE CASE
          AWAITS PRESENTATION TO THE GRAND JURY. MEANWHILE, DEFENDANT PRO SE
          HAS BEEN FILING SERIAL MOTIONS FOR DISMISSAL, SPEEDY TRIAL, DISCOVERY,
          ETC. SO FAR, THE COURT HAS DENIED HABEAS CORPUS AND BAIL REDUCTION.
          DEFENDANT'S PENDING MOTIONS ARE PREMATURE AND THEY ARE DENIED,
          WITHOUT PREJUDICE. BUT THE ATTORNEY GENERAL IS ON NOTICE THAT
          DEFENDANT IMPATIENTLY AWAITS INDICTMENT AND TRIAL. IF DEFENDANT IS
          NOT INDICTED AT THE NEXT GRAND JURY, THE COURT WILL PUT THE CASE ON
          ITS CRIMINAL MOTION CALENDAR, AT DEFNDANT'S REQUEST.
          IT IS SO ORDERED.
11      05/31/2005
          INDICTMENT, TRUE BILL FILED. NO 130
          SCHEDULED FOR ARRAIGNMENT AND BAIL REPRESENTATION 06/07/05 AT 9:30
          CASE REVIEW 07/05/05 AT 9:00
          RULE 9 REQUESTED BUT NOT ISSUED.  DEFENDANT ARRESTED 04/16/05 (CG)
15      05/31/2005
          NOTICE OF APPEAL FILED IN SUPREME COURT (COPY)
12      06/01/2005
          MEMORANDUM FILED. NOTICE OF NON-CONFORMING DOCUMENTS.
          DOCUMENT RETURNED REQUIRES ORIGINAL SIGNATURE
          RETURN TO MR. JOHNSON
13      06/01/2005
          MOTION TO STRIKE WRIT OF HABEAS CORPUS 05M-05-003 FILED.
          REFERRED TO JUDGE SILVERMAN.
14      06/02/2005
          MOTION TO DISMISS INDICTMENT FILED PROSE.  REFERRED TO JUDGE SILVERMAN
          FORWARDED TO COMM. REYNOLDS
```