05-258KAJ

In The United States District Court
For The District Of Delaware

Ronald G. Johnson

V.                              ) Civil Action No.

United States Probation Office  ) Dear Clerk
                                ) Please send me the Case Number"

FILED
AUG 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion For Copies Of Habeas Corpus

Come Now the Petitioner and Move this Honorable Court for a Copy of my Habeas Corpus file against the United States Probation Office

### Grounds For Relief Prayed

"The Petitioner is seeking help in the United State Supreme Court". Mainly Petitioner is indegent and proceeding in Forma Paupens."

## Motion For Copy of Court transcripe of Court docket of all Filing.

Comes Now the petitioner and Moves this Honorable Court for a Copy of Court docket Sheet of all Filings.

Thank You Sincerely  Ronald Johnson  August 18, 2005

Petitioner Address → Ronald G. Johnson
#182421, H.R.Y.C.I
P.O. Box 9561 Wilmington, Delaware 19809



"Legal Mail"

Office of The Clerk
United States District Court
844 N. King Street
Wilmington, Delaware 19801

Ronald G. Johnson
#182424 #R.Y.C.I
P.O. Box 9561
Wilmington, Delaware
19809