OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 1, 2005

TO: Ronald G. Johnson
SBI #182421
Howard R. Young Correctional Institution
1301 East 12th Street
P.O. Box 9561
Wilmington, DE 19809

RE: *Request for Copywork and Docket Sheet; 05-258(KAJ)*

Dear Mr. Johnson :

A letter has been received by the Clerk's office from you requesting a copy of a docket sheet and court transcripts.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork and docket sheets is fifty ($.50) cents per page. **A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc: Docket Sheet

05-258KAJ

In The United States District Court
For The District Of Delaware

Ronald G. Johnson )
V. ) Civil Action No.
United States Probation Office ) Dear Clerk
) "Please send me the Case Number"

FILED AUG 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion For Copies Of Habeas Corpus

Come Now the Petitioner and Move this Honorable Court for a Copy of my Habeas Corpus file against the United States Probation Office

### Grounds For Relief Prayed

"The Petitioner is seeking help in the United State Supreme Court". Mainly Petitioner is indegent and proceeding in Forma Paupens."

## Motion For Copy of Court transcripe of Court docket of all Filing.

Comes Now the petitioner and Moves this Honorable Court for a Copy of Court docket sheet of all Filings.

"Thank You Sincerely  Ronald Johnson  August 18, 2005

Petitioner Address → Ronald G. Johnson
#182421, H.R.Y.C.I.
P.O. Box 9561 Wilmington, Delaware 19809