05-258 KAJ

Dear: Clerk

These two "Certificate of Service" should be put on the back of my filings that you have. Showing I have serve the respondant and Appellee on August 25, 05

Also I send one of both the same filings you have with a Certificat of Service already attack.

Thank You Sincerely

Ronald _____

August 25, 05

Re: DI #'s 19, 20

# Certificate OF Service

I Declare and Certify that on August 25, 2005 I Served a true and Full Copy on the named attorney For the respondants and Appellees list below.

    Thomas E. Brown
    820 N. French Street
    Wilmington, De 19801

## "Oath and Affidavit"

I Declare under penalty of perjury that I Served a true and Full Copy to the named Attorney for the respondants and Appellees And that all is true and Correct in my Filing.

Declared August 25, 05    Sign _Ronald Johnson_

# Certificate OF Service

I Declare and Certify that on August 25, 2005 I Served a true and Full Copy on the named attorney For the respondants and Appellees list below.

>Thomas E. Brown
>820 N. French Street
>Wilmington, De 19801

## "Oath and AFFidavit"

I Declare under penalty of perjury that I Served a true and Full Copy to the named Attorney for the respondants and Appellees <u>And</u> that all is true and Correct in my Filing.

Declared August 25, 05    Sign Ronald _____

P.O. Box 9561
Wilmington, De. 19809

Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street, Lockbox
Wilmington, Delaware 19801