In The United States District Court
For The District OF Delaware

Ronald G. Johnson                          )
      Petitioner                    )
                            ) Civil Action No. 05-258-K.A.J.
  V.                                      )
Raphael William, Warden, et al,   )
      Respondent                    )

FILED

AUG 3 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

"Motion To Make Amendments"
Further Grounds For Habeas Corpus, Injunction
Relief And Declaratory Relief of, Writ OF
Mandamus, Writ OF Prohibition et. al.,

    Comes Now the petitioner Ronald G. Johnson
and Motion and Moves this Honorable Court to
allow me to make amendments to my Grawns
For Habeas Corpus, Injunction and Declaratory
Relief et al., "Or just to present this Memorandun for
a better view." Memorandum
     Oath and Affidavit
I Declare that the foregoing is true

and Correct under penalty of perjury

Declared this date <u>July 17, 2005</u> <u>Ronald Johnson</u>

## Facts OF The Case

The lower Courts and State OFFicers are in a Conspiracy to Violate my Rights, in Violation oF Congress Law Title 18 USC 242 and Title 18 USC 241. I have not been arrested, Nor booked, or Finger printed. There is No Valid warrant been Filed. Nor have I seen a Valid indictment. I was braught strait to jail with-Out a Valid Detention Order on April 15, 2005 threw April 21, 2005

## Memorandum

I Ronald G. Johnson was "<u>detained</u>" by OFFicers and taken to the Hospital (Christiana) on April 15, 2005". The officer made No arrest."

The detaining oFFicer kept me in Custody, but left me in the Custody of other officer,

②

Who "got tired" and called Howard R. Young Correctional Institutional officers who watched me "till they got tired." Then one woman who were working over time said let take him to jail and they did.

## Conspiracy To Violate Rights: Title 18 U.S.C. 242
## Title 18 U.S.C. 241

I complained because this prison had me in their custody illegally, so a conspiracy to hide the illegal violation begin. The the prison officer claimed Justice of The Peace, Court 20 gave them a Detention Order and a bail of #25,200 secure. But could not give any proof.

## Aiding and Abetting the Conspiracy

To aid and abet the conspiracy the Court of Common Plea "judge a woman" saw the illegal bail and invalid warrent, and the officer of the claimed warrent testified that him, Nor any other officer press charge. That No officer

③

press charges. She still waived the "unpressed Charges" to Superior Court of the State Of Delaware and to a Grand Jury. She the judge also gave the same bail "So it appear Valid"

## Administrative Notice

ⓐ The Court Should be aware no officer told me I was under arrest.

ⓑ I was never taken to a Police Station

ⓒ I was never taken to a Court Of Law till April 22, 2005 for Preliminary Hearing (eight days later)

ⓓ I have not been finger printed to this date.

ⓔ Nor have a picture of me been taken.

ⓕ I have never been book by officer or Police De-partment, Nor by this prison.

## Also Notice

The officer of Preliminary Hearing testified that he never filed any charges, Nor did any other officer. "Certified Question"

Should this Case have been sent to a Grand Jury?

④

" Scheme OF The Conspiracy and Status at this time "

The scheme of the Conspiracy was and is to get a Indictment and have Superior Court judge back the illegal bail of the Lower Courts. As the Court OF Common Pleads backed the $25,200 bail that was issued by a unknown Source on April 15, 2005. And to make the warrent that was and is invalid be of no Concern because of the Indictment and bail for it.

" Issues For Review "

This is what is done. I have been braught strait to jail. I have not been arrested or booked by any officer. There has no valid warrent been filed or produced. I been illegally held in jail for close to 4 months. They go get a Indictment Now that Suppose to make this all right " ? " " Facts OF The Case "

The Scheme OF The Court OF Common Pleas

⑤

"Judge" was to violate my rights to a Dismissal of charges at Preliminary Hearing on April 22, 2005, To have my charges sent to Superior Court and to a Grand Jury knowing it was easy for a pro--secuter to get a Indictment.

## "Certified Question"

(a) When the officer testified that he did not press charge, Nor did any other officer the case by law and Right should have been Dismiss--ed"?"

(b) When the prosecuter "Nor" Judge could tell me at Preliminary Hearing who was the arresting officer should my case been Dis-missed"?"

## Conspiracy of The Superior Court Judges

I have File Motion(s) of merits that have went unaddress. I have applied for Habeas Corpus, Writ of Mandamus and Writ of

(6)

Prohibition all was Denied with-out any Consideration or Finding of Facts. All issues of merit have been avoided.

## Certified Questions

ⓐ Who is the arresting officer

ⓑ Who gave a Detention Order for this prison to incarceration incarcerate me from April 15, 2005-threw-April 21, 2005 before I went to Court of Common Pleas on April 22, 2005 (My guess is because it will prove I was illegally detained and the Conspiracy is to hide that.)

ⓒ He never made anyone come forth with a valid arrest warrent. (My guess is as the officers under Oath testified that him, "Nor" any other officer file a warrent. Which the Conspiracy is to hide that.)

## Jurisdiction of This Honorable United State District Court

This Honorable Court has jurisdiction to review Constitution Violation of the State Courts. And this Honorable Court is a Higher Court

⑦

Who can Stop the Conspiracy of the State Judges. I have Filed Writ OF Habeas Corpus, I Filed Extraordinary Writs, I File Writ OF Prohibition. None was answered truely if at all. All issues of merits was avoided. And No Finding OF Facts was made.

"Jurisdiction OF United States District Court"

This Honorable Court has jurisdiction to Grant Habeas Corpus, Writ OF Mandamus, Writ OF Prohibition, Injunction and Declaratory Relief to Stop this Conspiracy. The State Courts have Violate the treaties, Law and my Constitional Rights which is ground for Habeas Corpus Title 28 USC 2241 (C)(3). These are Compelling Circomstances.

Fact OF The Case

Soperior Court of State of Delaware judges has over look, or Can not, or Will not address the merits ofc my Motion and Writs I presented. The issues

⑧

are simple issues, the Claims are simple Claims.
There is no way that these judges do not see I am
illegally detained, and that a Dismissal of Charges is
Called for and that Habeas Corpus Should be Granted.

"Supreme Court OF State OF Delaware"

Supreme Court jurisdiction is limited Due
to the fact they do not have Original jurisdiction
to Grant Habeas Corpus et al., And the Superior Court
are not address any issue of merit for me to
Appeal. The Superior Court is pussy footing around
avoiding all issue of merit. I went Directly to
(Supreme Court of State OF Delaware)
(them) they Denied me Habeas Corpus, Mandamus
and Writ OF Prohibition For lack of Original Juris-
diction   See Previous Appeal No. 201, 2005

Previous Appeal To Supreme Court Appeal No. 201, 2005,

Appeal No. 230, 2005  And  Appeal No 254, 2005

The Supreme Court Dismiss these 3 Appeal. Appeal
No. 201, 2005 for lack of Original Jurisdiction, Appeal No
230, 2005 was and 254, 2005 the Appeal was Dismissed

(9.)

by Supreme Court for being Appealed days late.

Finally in Appeal No. 201, 2005 the Prosecution Claims that Supreme Court should not issue me the Petitioner Writ of Prohibition to stop this illegal malicious prosecution because the prosecution was able to Complete the Conspiracy Last faze that is to get a indictment. Prosecution Stating " " <u>Completion Of Conspiracy</u> "
"The indictment having been return by the Grand Jury, Superior Court accordingly has jurisdiction over the offense Cited . . . . . . .

"<u>Complaint And Issue For This Honorable Court To Decide</u> <u>And Certified Questions</u>

(a) No officer has to make a arrest as long as Judges Conspire with prison Staff to hold a person till the prosecuter get a indictment" ? "

(b) Peaple Can just be taken strait to a prison and held till the prosecution get a indictment. Then That makes all the time he was held Legal? and a Just procedure.

<u>Conclution</u>

(10)

# Relief Prayed OF This Honorable Court

(a) Order this prison to produce who gave them a Detention Order From April 16, 2005 threw April 21, 2005

(b) Order the production of a valid warrent if one was filed.

(c) Order my release because I was Due to be release on April 22, 2005 at Preliminary Hearing when the OFFicer told the judge He press No Charges, Nor did any other officer.

(d) Order my release because this prison had no legal Detention Order to bring me in this prison on April 15, 2005.

(e) Order this indictment dismissed because the Case should of never been Sent to a grand jury, Nor to Superior Court OF State OF Delaware.

## Administrative Notice

The lower Court want you to aid and abet this Conspiracy by Claiming all they did was legal and Justified as long as they Can get a indictment.

(11)

## Another Grounds For Habeas Corpus et al.,

I Filed these Motions but their not on the docket sheet and have went unaddressed

①"I Motioned For a Severance (separation) of Charges" the State has not, or no Victim or Witness. I asked Or Motioned to seperate the charges of the assumed Victim From the Police's Charges because the Police was with-out Jurisdiction and Probable Cause to break in my home with-out a warrent, so their Charge should be dropped For violated my 4th, 5th and 14th Amendment Federal Civil Constitutional Rights.

② I File two "Habeas Corpus(s)" that was dismissed with-out Consiteration or Serving the defendant s to respond.

③ I file "Writ of Mandamus(es)" that never answer, Nor did the Court respond or allow it file in the Court docket

④ I Filed "Writ of Prohibition(s)" that was never file in the Court docket Sheet, Nor was the Stat Order to respond

⑤ I filed Motion(s) For a "Evidentuary Hearing" to see if the officers had "probabable Cause" to break in my home with-out a warrent, It also was neve file on docket

⑥ I filed for "Suppression Hearing" to suppress the things as a knife that was taken out my home with-out a warrent.

⑦ I filed for "Bail Hearing(s)" which went unfiled, Nor did the Court order the State to respond. The one I wrote the only one was Denied with-out the State objection or response.

⑧ I Filed Motions For Discovery Rule 16 which also was Denied the other Motion went un-Filed and un-docketed.
Therefore It the Judges not the State who is bias and Prejudice

## Certified Question

(a.) Should my Case been forwarded to a grand
Preliminary Hearing
Jury when at Case review there were No known
Officer who press Charges, When the officer said
they press No Charges Nor did any other officer?

(b) Should my Case been Dismissed when the pro-
Secuter Could not produce a Valid warrent. They
Present a warrent Created by the prosecuter
unsigned by officer, Court Commissioner, magistrate,
Judge or by anyone.

## Request Evidentuary For Finding Of Facts
## And Oral Arguement

(a.) There has No evidence been sent to me of a
Valid warrent, Nor did I receive one upon or after arrest.

(b) I have ask this prison by Freedom Of Information Act
to produce a Valid Detention Order they Cannot produce One.

(c.) I want to know who gave a Detention Order when
the officer testified he press no Charges (at Preliminary
Hearing April 22, 2005 under Oath) And that No other
officer pressed Charges. (12.)

(d) I want my Appeal and petition answer as to did they the Court Of Common Pleas have Jurisdiction, [When the officer testified under Oath April 22, 2005 that he press No Charges, Nor did any other officer] to send my Case to a "Grand Jury" and to Superior Court.

(e) I want my Appeal, Motion and Petition answered as to did the Court Of Common Pleas have jurisdiction to preceed with-out a arresting officer and with-out knowing who the arresting Officer was?

## Fact Of The Case

The judge, Court officials and prosecuter was un-able to tell me who was the arresting officer at Preliminary Hearing on April 22, 2005

## Oath and Affidavit

I Declare that the foregoing is true and Correct under penalty of perjury
Declared this date July 16, 2005   Ronald Johnson
August 25, 2005   Ronald Johnson
(13.)

# " Certificate OF Service "

I Declare and Certify that on August 25, 2005 I served a true and Full Copy on the named attorney for the respondants and Appellees list below.

Thomas E. Brown
820 N. Fench Street
Wilmington, De 19801

# " Oath and Affidavit "

I Declare under penalty of perjury that I served a true and Full Copy to the above name attorney for the respondants and Appellees, And that all File is true and Correct

Declared this date August 25,05    Ronald Johnson
                                         Signed

P.O. Box 9561 1C-
Wilmington, De. 19809

Office Of The Clerk
United States District Court
For The District Of Delaware
844 N. King Street, Lockbo
Wilmington, Delaware 1980l-3