In The United States District Court
For The District OF Delaware

Ronald G. Johnson            )
v.                           )
                             ) Civil Action No. 05-258-K.A.J.
Warden, Raphael Williams,    )
Court Of Common Pleas        )
New Castle County et,        )
                             )
Court 20, Justice Of The Peace, )
State OF Delaware,           )
Superior Court et. al.,      )
                             )

RECEIVED SEP - 1 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

<u>Filing OF Administrative Notice that</u>
<u>Counsel for Respondant and Appellees</u>
<u>have been Served</u>

Come now, Ronald G. Johnson and File Administrative Notice Upon this Honorable Court that a Full and true Copy has been File upon the Counsel for the Appellees and Respondants, Of all Filings.

<u>Filing of Two (2) additional Copies</u>

I also File another Copy of both previous filing to this Honorable Court for keeping or serving the

Appellee and Respondant Counsel.

"Administrative Notice OF Further Filing"

I have sent a Full Copy of my previos (2) two Filings in this Envelope. I have added to the two previous filing a Certificate OF Service and My Oath and Affidavit that the respondants and Appellees Counsel has been serve a true and Full Copy. I now present two other plain Proof OF Services, so they can be attach to my First two Original Filings to make them Complete. There fore the Court will have two Copies and the date on them all will be the Same. Showing the Appellees and respondants was serve a Copy of both Filing on August 25, 2005."

"Oath and Affidavit"

I Declare that the foregoing is true and Correct under penalty of perjury.
Declare on August 25,05 / 8-5-05   Signed Ronald Johnson