ORIGINAL The United States District Court
For The District OF Delaware

Ronald G. Johnson
    Petitioner and Appellant
  V. Defendant and Appelle es list below.

) United States District Court
) OF Delaware Civil Action
, No. 05 - 258 - K. A.J.

Raphael Williams, "Worden"

) Supreme Court OF The State
) OF Delaware Civil Appeal No
, 296, 2005/230, 2005

State OF Delaware "Prosecuter"  **FILED**

Court 20, Justice OF The Peace
"magistrate"  OCT 17 2005

) 343/2005 / 254, 2005
) 201, 2005/431, 2005 etal,

Superior Court OF State OF Delaware  U.S. DISTRICT COURT
DISTRICT OF DELAWARE
" Judges "

Superior Court OF The State
OF Delaware Civil Action No.

Court OF Common Pleas "Judge" for Delaware
OF and For New Castle County

) 05M-06-067/05M-05-003

Supreme Court OF The State OF Delaware

) Superior Court of The State OF
) Delaware and IAT For New Castle
) County Criminal No:
) 0504012348

"Justices"
" Exhaustion OF All Remedies", And
       "
Motion For Certified Copies Ordered

    Comes Now, Ronald G. Johnson the Petitioner and Appellant
OF Civil Action No. 05-258-K.A.J. File in this Honorable Court,
and Moves this Honorable Court to Order a Copy of this Court's
transcript of the Court Docket Sheet to be serve on both the
Petitioner and Respondant so it Can be made Clear by both that
a Copy of all Filing have been received. Or if any was not re-
-ceived.

    Comes Now, Ronald G. Johnson the Petitioner and Appellant
OFCivil Action No. 05-258-K.A.J. and Move this Honorable Court
to Order a Full Copy of listed above and below Appeal Proceedings From
Superior Court and Supreme Court OF The State OF Delaware. Please Order

a Certified Copy of list below Mandated Cases, With a
transcript of the Court docket Sheet Showing all Filing.
        " Exhaustion OF All Remedies."

1. (a.) Case No. 296, 2005 was Mandated Relief Denied by Supreme
Court OF The State OF Delaware, Appeal of Writ OF Habeas Corpus,
Injunction and Declaratory Relief of Writ OF Prohibition also and
Writ OF Mandamus that was Consolidated Denied.

(b.) Case No Civil Action No, 05M-06-067 was Denied by Superior
Court OF The State OF Delaware Writ OF Habeas Corpus, Injunc-
tion and Declaratory Relief of Writ OF Prohibition and Writ
OF Mandamus
(c.) Criminal I.D. No. 0504012348 Criminal Case pending in Superior
Court OF The State OF Delaware, In and For New Castle County.

2. (a.) Case No. 230, 2005 was Mandated Relief Denied by Supreme
Court OF The State OF Delaware. Direct Appeal, Injunction and
Declaratory Relief of Writ OF Prohibition and Writ OF Mandamus
Motions was Denied in Superior Court OF the State oF Delaware
(b.) Criminal I.D. No. 0504012348 Criminal Case pending in Superior
Court OF The State OF Delaware, In And For New Castle County.

3. (a.) Case No. 343, 2005 Filed in Supreme Court OF The State OF Delaware
Writ OF Mandamus and Writ OF Prohibition Pending. Same relief is
Saught in all Cases Dismissal of Charges and Indictment, And Order
of release From illegal Custody.
(b.) Criminal I.D No. 0504012348 Criminal Case pending in Superior
Court OF The State OF Delawand, In And For New Castle County.

4. (a.) Case No. 201, 2005 Denied Relief Mandated by Supreme Court OF The
State OF Delaware, Writ OF Habeas Corpus Appeal, Writ OF Mandamus
and Writ OF Prohibition all Denied, Same Relief Saught in all Cases

Dismiss of Charges and Indictment and Order of release from illegal custody.

(b) Criminal I.D. No. 0504012348 Criminal Case pending in Superior Court of The State of Delaware, In And For New Castle County.

5)(a) Case No. 254, 2005 Mandated Relief Denied by Supreme Court of State of Delaware Direct Appeal of Writ of Habeas Corpus, Injunction and Declaratory Relief of Writ of Prohibition and Writ of Mandamus. Denied by Supreme Court as un-timely Appealed. But was timely filed was mailed before 30 days was up. Clerk Docket it two days late.

(b.) Civil Action No. 05M-05-003 Writ of Habeas Corpus, Injunction and Declarator Relief of Writ of Prohibition and Writ of Mandamus Denied by Superior Court of the State of Delaware, In And For New Castle County.

(C.) Criminal I.D. No. 0504012348 Criminal Case pending in Superior Court of the State of Delaware, In and For New Castle County.

6)(a.) Case No 431, 2005 Pending in Supreme Court of The State of Delaware. Is a Writ of Prohibition and Writ of Mandamus

(b.) Criminal I.D. No. 0504012348 Criminal Case still Pending is The Superior Court of The State of Delaware, In And For New Castle County.

7)(a.) Case No. 413, Direct Appeal Case No. 413, 2005 Filed in Supreme Court of The State of Delaware. Pending Case No. 413, 2005 Appeal of Writ of Habeas Corpus Injunction and Declaratory Relief.

(b.) Civil Action No. 05M-08-051 Writ of Habeas Corpus Relief Denied by Superior Court of The State of Delaware In And For New Castle County

(C.) Criminal I.D. 0504012348 Pending In Superior Court of State of Delaware

## "Certificate of Service"

I Declare that a True and Correct Copy was Served on Thomas E. Brown for the Defendant's Declared under penalty of perjury October 11, 2005 Ronald Selman

## " Oath and Affidavit "

I Declare that the forgoing is true and Correct under penalty of Perjury.



Ronald G. Johnson
#18-4421/H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware
19809

"Legal Mail"    Clerk's Office Att: Peter T. Dalleo
U.S.M.S.    In The United States District Court
X-RAY    For The District Of Delaware

844 King Street, Lockbox 18
Wilmington, Delaware 19801

19801473513