In The United States District Court

Ronald G. Johnson )
  v.  Petitioner )
State OF Delaware, ) Civil Action No. 05-258 (KAJ)
Supreme Court, OF )
The State of Delaware, )
Superior Court of The )
State of Delaware )
Raphael, William Warden etal.)

FILED
NOV -3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Writ OF Error And Appeal

Comes Now, the Petitioner Ronald G. Johnson #182421 Held at Howard R. You Correctional Institution, Gander Hill Prison 1301 N. 12th Street Wilmington De. 19809. Mailing Address P.O. Box 9561 Wilmington De 19809 and Move this Honorable Court to Process File and Proceed with my Writ of Error regarding Case No. 296, 2005 Filed in Supreme Court of State OF Delaware. In support there of I present the following.

### Supreme Court Errors
"Statement of The Case and Facts"

The Supreme Court has made a Errorous Mandate Ruling and refuse to re Consider or grant arguement or rehearing or Writ of Error. I have no other remedy than Appeal and or Petition this Honorable Court for Writ of Error.

### Certified Question

Come Now the Petitioner and Move this Honorable Court to address the Certified Question this Case No 296, 2005 brings. There is No just way to resolve this Case without Causing a mis Carraige of Justice unless you address the Certified Question it brings. To Clearify the Questions I present the following.

## Statement of The Facts and Case

The Court must visit or revisit two previous Ruling of Delaware Case law. One of it's own See, e.g., Hall v. Carr, 692 A.2d 888, 891 (Del. 1997) Which explains Under State, habeas Corpus is not available for a person Committed or detained on a Felony Charge, "the species is plainly and Fully set forth in the Commitment."

The Second is Joy v. Superior Court 298 A.2d 315, 316 (Del. 1972) Which explains a Indictment having been returned Superior Court has jurisdiction over the defendant and the offense.

## Fact of The Case

Though it appears my Writ of Habeas Corpus Case is exactly like the two Cases above. ① It appears I was Charged by a grand jury and ② I am detained or Committed on a Felony But my Case is totaly different.

In The Joy V. Superior Court Case he argued the same thing I argued. That there was not enough evidence at Preliminary or Probable Cause to bind his case over to Superior Court and to send itc to a grand jury. While his Motion to Dismiss the Case was pending he was indicted (Same as I was.) He was then arraigned and given a bail or bond.

## Status of Criminal Case # 0504012348

The Status of my Criminal Case is it appears I was

(2)

Indicted and held on bail or bond, as the two defendants in the Joy v. Superior Court and Hall v. Carr case.

"Error of Case"

The Difference in my Case than the Case of Carr (and) Hall, Joy

The difference between my case and the case of Carr, and of Hall or Joy v. Superior Court 298 A.2d 315, 316 (Del. 1972) is in Joy's case the defendant was "legally" arrested, and likewise in the Hall v. Carr, 692 A.2d 888, 891 (Del. 1997) case, the defendants was legally arrested.

But there is a difference in my case then both those cases. I was not Legally arrested. In Fact I was never arrest at all. I gave my sworn statement and Affidavit of Declaration to the Facts that clearly show I was not arrested.

In the Joy v. Superior Court case and the Hall v. Carr case not one of the defendants made the claim that they were not arrest or Legally arrested.

"Certified Question (and) Issue For Review."

The Court should reflect back to it's Mandate or Judgement Ruling to Affirm the judgment of Superior Court, and the respondant the State's Motion to Affirm and decide and reconsider whether it would have ruled to Affirm If I or the petitioner was not arrested, Or Legally arrested.

"Error, Different Issue for review and Question"

This Writ of Error brings a different situation than

(2)

the Hall and Carr Case or Hall v. Carr Case as well as the Joy v. Superior Court Case.

## "Fact OF The Case"

My Case adds more to my advantage than the Case of the Hall v. Carr and Joy v. Superior Court Cases. "I was not arrested" ① I was brought in this prison by a Howard R. Young Correctional Officer of Gander Hill Prison.

② There was no New Castle County police officer who made arrest of me the petitioner

Question Did the Court make a Error By Not Finding out the facts

I swear and File my Affidavit and Declaration that I was not arrested. Did the Court make a Error by not finding out the facts. Did this Honorable Supreme Court justices make a Error by not ordering a response to the Interrogator Question below

### Interrogator Questions
(IF I was Arrested then)

(a.) Who was the arresting officer?
(b.) What Police Station was I taken to?
(c.) Who booked me on these Charges?
(d.) Who took my Finger prints?
(e.) Who took my picture?
(f.) Which magistrate I appeared before?

"Question Presented would this Honorable Court Rule the Same"

① IF I was illegally brought in this prison and No warrent was Filed, And I was not brought in this prison for the Criminal Offense Charged. And no officer press Charge but the Prosecuter

④

Proceeded with a warrent she typed, if though a officer had filed them or it (the warrent).

## Certified Question

"Would This Honorable Court Ruled the Same IF"

IF I was illegally braught in this prison by Howard R.Young Correctional Institution staff, And not a officer of New Castle County and not for criminal charges. Then the prosecuter types a warrent have me subpeanaed to preliminary hearing, presents the warrent as true. The judge of preliminary seeing the invalid fake warrent the prosecuter typed up. The the prosecuter calls officer of New Castle County who has not seen my arrest, Nor was there to testify. His testimony was he did not press any charges,Nor did any other officer. That he did not see my arrest. When asked the Court Judge for a valid warrent the Judge, Nor prosecuter could presente a valid one. When I the petitioner ask the prosecuter who was the arresting officer she could not tell me, Nor could the judge.

## Fact of Illegal Detention

At that point above was I Legally detained?

After the Preliminary Hearing on April 22, 2005 the Judge ruled or Denied my Motion to Dismiss, not knowing who the arresting officer was, Nor being able to present a valid warrent, Her Nor the State prosecuter. I was later indicted, Question does a indictment make those errors of me being illegally detain valid?

## Conclution

Having Identified the different between my case and the two cases the prosecuter used to get this Court to Affirm the Superior Court Judgment. Would this Court decide to Affirm? Yes a Indictment was File but it was obtain by illegal conduct and Fraud. Conclution the Court Shoold order a answer to the Interrogatory Questions it will prove if I was Indeed illegally arrested or not. Anything less is a miscarraige of Justice Oath and Affidovit I Declare all is true under perjury October 1, 2005  Ronald Dabner

