IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-258-JJF |
| | ) |
| Warden Raphael Williams | ) |
| | ) |
| Respondent. | ) |

**NOTICE TO DISCONTINUE ELECTRONIC SERVICE**

Comes now the United States of America, by and through its undersigned attorney, Richard G. Andrews, First Assistant United States Attorney, who states that the United States is not a party to the litigation and requests that the United States no longer be electronically served.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: 11/7/05