In The United State District Court
For The District OF Delaware

Re: Ronald G. Johnson  )
V.   Petition          ) Civil Action No. 05-258-K.A.J.
Raphael Williams et al., )   Dear: Clerk "Merry Christmas"

Ex-Parte

This is a Ex-Parte Letter No response is needed from Responadants please Present it to the Judge off the record it's a personal request.

Letter To Honorable Judge Kent A. Jordon
"Request Status OF Case"
"Happy Holidays"

Dear: Mr. Jordon or Your Honor

FILED
NOV 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Please!

Please see if you can conclude my Case before Christmas. Please see if you can fit my case in on your Scehule to be resolved before Christmas. I have a Wife to be and kids, The Public, my family and kids and I wait Victory in this Case. Everyone want to know that what happen to me will not happen to them. Being illegally held in jail till the prosecuter get a Indictment. Not being arrest for charges. The being brought in jail by a Prison staff and Not being able to get justice. Anyway I have a life, wife, kids. Everybody know a arrest by a officer is the begining of a prosecution. I was not arrest as filed.

Mr. Jordan Please find Christmas in your heart to consider trieng to conclude this Case by Christmas.

Ronald Johnson
11-25-05





United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19802

INMATE
LEGAL MAIL

Ronald G. Johnson
#182424 2B-Cell #12 HRYCI
P.O. Box 9561
Wilmington, Delaware 19809

