# In The United States District Court
# For The State Of Delaware

Ronald G. Johnson ) United States District Court
    v.   Petitioner ) Civil Action No. _____ 05-258
)
Supreme Court Of The )
State Of Delaware ) Writ Of Error Filed in Supreme
) Court Of The State of Delaware
Dear Clerk, Case No. 494, 2005
You gave me the
wrong Case Number on Supreme Court Of Delaware Appeal
last request. Case Number Case No. 296, 2005
Civil Action No. 05-759-K,A,J. is
wrong Case Number for my Writ of Error

## "Writ Of Error And Appeal"

## "Motion For Status Of Case"

**FILED DEC 13 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

Comes Now Ronald G. Johnson the petitioner and Motion and Moves this Honorable Court for the Status of my Writ Of Error filed in this Honorable Court. I file a "Writ of Error" in Delaware Supreme Court But they have abolished Writ of Error from Delaware Courts. So I came to this Honorable Court to correct the Errors of Delaware Supreme Court. You gave me Civil Action No. 05-759 K,A,J. which is wrong Case Number. Please Check and find me the Case Number of my Writ of Error. Please Thank You Ronald Johnson

In The United States District Court
For The District Of Delaware

RECEIVED
DEC 1 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(3)

Ronald G. Johnson

V.

Supreme Court Of State
Of Delaware, And Justice thereof

Superior Court Of The State of
Delaware In And For NewCastle County
, And judges thereof

State Of Delaware et al.,

) United State District Court Of Delaware
) Civil Action No. 05-759 KAJ
) Writ of Error Filed in
) Supreme Court of State of Delaware
) Civil Action No. 494, 2005
) Supreme Court Of State of Delawar
) Appeal No. 296, 2005
) Superior Court of The State Of Delaware
  In And For NewCastle County Civil
  Action No. ~~_____~~ 05M-06-067
  Superior Court of State of Delaware
  Criminal I.D. No. 0504012348

"Writ Of Error And Appeal"

"Motion For Status Of Case"

Comes Now Ronald G. Johnson the Petitioner and Motion and Move this Honorable Court for the Status of my Writ Of Error File in this Honorable Court. I File a Writ of Error in Supreme Court of State Of Delaware it has No Forum. Therefore I have my Writ of Error in this Honorable Court. "Please send me the Case Number and Status Of Case"





Legal Mail

United States District Court
For The State Of Delaware
844 N. King Street
Wilmington, Delaware 19802



Ronald G. Johnson
#182421/@R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware