OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 19, 2005

TO: Ronald G. Johnson
SBI #182421
Howard R. Young Correctional Institution
1301 East 12th Street
P.O. Box 9561
Wilmington, DE 19809

RE: *Status Letter; 05-258(KAJ)*

Dear Mr. Johnson:

This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK

/bad

cc: The Honorable Kent A. Jordan

(37)

# In The United States District Court For The State OF Delaware

Ronald G. Johnson
V.    Petitioner

Supreme Court Of The State Of Delaware

Dear Clear,
You gave me the wrong Case Number on last request. Case Number Civil Action No: 05-759-K,A.J. is wrong Case Number for my Writ of Error

) United States District Court
) Civil Action No. _____ 05-258 (KAJ)
)
) Writ of Error Filed in Supreme
) Court Of The State of Delaware
  Case No. 494, 2005
  Supreme Court Of Delaware Appeal
  Case No. 296, 2005

"Writ Of Error And Appeal"

"Motion For Status Of Case"

FILED
DEC 13 2005
DISTRICT COURT
DICT OF DELAWARE

DI 37
Johnson
Be scanned

Comes Now Ronald G. J___ and Motion and Moves this H____ Status of my Writ Of Error fil___ the ___ble Court. I file a "Writ of Error" in Delaware Supreme Court But they have abolished Writ of Error from Delaware Courts. So I Came to this Honorable Court to Correct the Errors of Delaware Supreme Court. You gave me Civil Action No. 05-759 K,A.J. which is wrong Case Number, Please Check and Find me the Case