IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. A. No. 05-258-KAJ |
| | ) |
| RAPHAEL WILLIAMS, Warden, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

For the reasons set forth in the Memorandum Opinion issued in this action today,

IT IS HEREBY ORDERED that:

1. Ronald G. Johnson's petition for the writ of habeas corpus, filed pursuant to 28 U.S.C § 2241, is DISMISSED. (D.I. 2; D.I. 9.)

2. The following motions are denied as MOOT:

   a. Motion to Transfer to Proper Court. (D.I. 1.)

   b. Motion for Status of Case, to Make Amendment to Action, and to Dismiss State Case and Charges. (D.I. 10.)

   c. Motion to Make Amendments. (D.I. 16.)

   d. Motion for Finding of Facts, Evidentiary Hearing, and for Oral Argument. (D.I. 20.)

   e. Motion to Amend Petition. (D.I. 28.)

   f. Motion for Certified Copies. (D.I. 30.)

   g. Motion for Discovery. (D.I. 32.)

2. The court declines to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2).

Dated: December 21, 2005

_____
UNITED STATES DISTRICT JUDGE