In The United States District Court
For The District Of Delaware

FILED
DEC 2 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ronald G. Johnson

V.

(4) Four Delaware Supreme Court Justice
1.) Justice, Holland
2.) Justice, Steele
3.) Justice, Ridgely
4.) Justice, Jacobs
5.) And " State Of Delaware et al.,

Re: Writ Of Mandamus

United States District Court
Civil Action No. 1:05-CV-00726K.A.J.

Supreme Court Of State Of Delawar
Civil Appeal 296, 2005

Superior Court Of State Of Delaware
In And For New Castle County
Civil Action No. 05-M-06-067
Criminal I.D. No. 0504012348

## Application For Certification Of Appeal

(1)   Comes Now, The Petitioner and Moves this Honorable Court For a Certificate of Appeal. This Honorable District Court has failed to address the merits of my Writ Of Mandamus for Information "Discovery". The Court Consolidated it with a Writ Of Habeas Corpus. And Denied or Dismissed the Writ Of Habeas Corpus. But fail to address the merit of my Writ Of Mandamus for Discovery Information. Discovery Information is

Page 1-5

is a Pre-trial issues. And Petition has a Constitutional right to the information request of the State.

② ### 6th Amendment Violations

The Six Amendment in relevant part states "In all criminal prosecution, the accused shall enjoy the right ... to be informed of the nature and cause of the accusations"

### Speedy Trial Violations

③ The Petition's Speedy Trial Rights has been violated. The State has not present to the Petition the answer to interrogatory question sought by Writ of mandamus. Petitioner Case has been pending for over 9 months. The petition has not been told who is the arresting officer, who booked him, who took his finger prints. No valid warrent has been provided. Petitioner has a right to Jencks Act, Brady Material and Discovery Information

### Exhaustion Of All Remedies

Petition has presented this issues to Superior Court, to

②

the Delaware Highest Court the Delaware Supreme Court and Now to the District Court. The Petition has Came to Superior Court and Supreme Court of Delaware asking these Court to previde or Order the State to provide the Discovery Saught in this Writ of Mandamus No Court has Order the State to provide this Discovery. This Honorable Court has done the Same by Consolidating my Petition For Writ of Mandamus with my Writ of Habeas Corpus.

④ "What Relief Petitioner Seeks" 1)

The Petitioner Seek to thing Order the State to Produce the following Discovery and answer the following Interrogatory Questions.

⑤ Interrogatory Questions

a.) Who arrested him?    b.) Who booked him?
c.) Who took his finger prints? d.) Who took his picture?
e.) Upon arrest which magistrate I appeared before?
f.) Which Court the magistrate or judge Petitioner appear before upon arrest? which Court?

③

(6) "Error of District Court"

The District Court Errored by Consolidating his Petition For Writ of Mandamus with his Petition For Writ OF Habeas Corpus. The Petitioner wants this Court to Order the State to Produce Discovery request in his Writ of Mandamus or this Honorable to Order Writ of Habeas Corpus. The Writ of Mandamus is for this Court to Order Discovery From the State of Delaware. Writ of habeas Corpus is filed for this Court to Grant it if the State of Delaware Can not produce reasonable Discovery to hold reasonable Probable Cause to Detain Petitioner. If the State can not prove I was arrest by officer. that a warrent was filed. That a Victim or Witness Statement was made. Then the State do not have any evidence or reasonable Bases to hold the petitioner on indictment. Plus it would prove the warden did not have a detention Order to hold Petition in the first instants.

(4)

⑦ <u>Conclusion</u>

The District Court has not reached the merits of my Writ of Mandamus. Therefore Petitioner Moves the Court to deconsolidate his petition and Order the State to respond.

⑧ <u>Relief Pray</u>

a) Deconsolidate his petition and Serve the State of Delaware and Order the "<u>Discovery Information</u>" requested and "<u>Interrogatory Question</u>" answered.

b) Petition do not want the Opinion of the District Court. Petitioner did not come to this Court for the Court Opinion of his arrest. Petitioner came to this Court for the "<u>Facts</u>" which can not be reach but by only one way. Order the State to answer the interrogatory question and Order the State to produce Discovery request in his petition for Writ of Mandamus.

"<u>Certificate of Service</u>"

Thomas E. Brown Deputy Attorney General for the State was served a true and full copy of this filing sent today. December 27, 2005. Declare 12-27-05  Ronald Johns

⑤





Ronald G. Johnson
#182421/H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware
19809

Legal Mail

United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19802