United States District Court
For The District of Delaware

Re: Ronald G. Johnson
    V.
    Raphael Williams

) Civil Action No.? 05-258
) Petition For Writ Of Habeas Corpus
) And Petition For Extraordinary Writ of Mandamus

Re: Ronald G. Johnson
    V.
    Delaware Supreme Court,
    State Of Delaware et al,

) Civil Action No. ? _____
) " Writ Of Error "

## Motion For Status Of Two Cases

FILED
JAN - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Comes Now the Petitioner Ronald G. Johnson and
Moves this Honorable Court for the Status of these
two Cases. They are two different Cases, Please
send me the Case Number of these two Cases.
Please return a Copy or this back when
You respond. This is the second Writ Of Error
I have not receive a Case Number of.

Not talking about Civil Action No. 1:05-CV-00726 or 1:05-CV-00258.
These Cases was Dismissed. I filed a New Writ of Habeas Corpus and Writ of Error.
Thank You Sincerely Ronald Johnson December 27-05



Ronald G. Johnson
#182424/2B-Cell #12 (H.R.Y.C.I.)
P.O. Box 9561
Wilmington, Delaware
19809

Legal Mail

United States District Court
For The District of Delaware
844 N. King Street
Wilmington, De. 19802