In The United States District Court
For The District Of Delaware

Ronald G. Johnson ) Civil Action No. ?_____
v.                 ) Civil Action No. 1:05-CV-00258 (KAJ)
Delaware Supreme Court )
"                  )
Motion for DeConsolidation Of Case

Dear: Clerk DeConsolidate my "Writ of Error" and send me a Seperate Case Number

RECEIVED JAN [?] 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE BD scanned

Comes Now, the Petitioner Ronald G. Johnson at Howard R. Young Correctional Institution, Gander Hill Prison P.O. Box 9561 Wilmington Delaware 19809 and Moves this Honorable Court to Deconsolidate his Writ of Error at Docket #33 of Case Number 1:05-CV-00258, Construe my Petition as I filed it as a "Writ of Error". Everything I file you wish to Consolidate it. IF I wanted it Consolidated I would do it myself. Do not think for me, I can think for myself. Your not doing me No favor Consolidating my Cases. Thank You. Sincerely Ronald Johnson 1-9-05

P.S. You Can't represent and Defend the st[...]

Ronald G. Johnson
#182421/H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware
19809

Legal Mail

United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19802