In The United States District Court
For The District OF Delaware

Ronald G. Johnson )
    Petitioner )
v. ) Civil Action No. ? _____
   )
   )
Delaware, Supreme Court ) Civil Action No. 1:05-CV-00258

Dear: Clerk Please Deconsolidate my Petition For Writ of Habeas Corpus and Send me a Case Number for it.

Motion For Deconsolidation OF Petition For Writ OF Habeas Corpus

FILED
JAN 1 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Comes Now, Ronald G. Johnson the Petitioner and Moves this Honorable Court to Deconsolidate his Petition for "Writ OF Habeas Corpus at Docket # 36" of Civil Action No. 1:05-CV-00258. This Petition for Writ of Habeas Corpus is not a Supplemental Petition it's a Separate Petition for Writ of Habeas Corpus. Docket No 37 explains my Case has nothing to do with Civil Action 1:05-CV-00258. Please Clerk and Court Deconsolidate my Case and Send me a Case Number Thank You Sincerely Ronald Johnson 1-9-06

