IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RONALD G. JOHNSON,         )
                               )
     Petitioner,           )
                               )
     v.                    )     Civ. A. No. 05-258-KAJ
                               )
RAPHAEL WILLIAMS, Warden,   )
                               )
     Respondent.       )

**O R D E R**

At Wilmington this _____ day of February, 2006;

IT IS ORDERED that:

1. Petitioner Ronald G. Johnson's "Motions for Deconsolidation of Case" are DENIED. (D.I. 48; 49)  On December 21, 2005, I dismissed Johnson's § 2241 petition, and the case was closed.  Johnson then filed two motions for a certificate of appealability, and a motion for a writ of error, which I also denied.  Johnson has appealed my dismissal of his § 2241 petition, which is now pending before the Third Circuit Court of Appeals.  Thus, there is no matter to deconsolidate

2. Absent an order from me, the clerk of the court shall not accept or docket repetitive requests for relief concerning *pro se* petitioner Ronald G. Johnson's dismissed § 2241 petition.  Reviewing such requests is a waste of judicial resources.

_____
UNITED STATES DISTRICT JUDGE