OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 24 , 2007

**Ronald G. Johnson**
SBI# 182421
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

RE:  Johnson v. Williams
     Civ No.: 05-cv-258 KAJ
Dear Sir/Madame:

   The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA).  Pursuant to the enclosed Order of the Court, **pro se parties are asked to claim the sealed documents mentioned in the Order by August 7 , 2007.** All sealed documents filed in subject case are identified in yellow on the attached partial docket sheet.  A jointly filed document may be claimed by any attorney who signed/filed the document.

   *If parties do not claim the documents that they filed by the above date*, the Clerk will **unseal** any sealed documents remaining and send them to the NARA in accordance with the Order.

To claim your sealed documents kindly **send a formal letter of request to our court in the provided self addressed envelope.**

   Simply specify the documents that you are claiming by stating the case number and docket item number(s), along with your name and firm address.  Please do not claim your documents via any form of docket entry in CM/ECF. Once we receive your mailed claim, we will prepare the documents for your retrieval and **contact you** when they are ready for pick-up. If you have any further questions please contact the Clerks Office at (302)573-6170.

                              Sincerely,
                              By: /s/Larisha Davis
                                  Deputy Clerk

Enc.
    Partial Docket Sheet
    Order