REVIEWED
By Larisha Davis at 11:52 am, Jun 26, 2007

CLOSED, HABEAS, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00258-KAJ
#### Internal Use Only

| | |
|---|---|
| Johnson v. Williams | Date Filed: 05/02/2005 |
| Assigned to: Honorable Kent A. Jordan | Date Terminated: 01/17/2006 |
| Related Cases: 1:06-cv-00231-KAJ | Jury Demand: None |
| 1:06-cv-00240-*** | Nature of Suit: 530 Habeas Corpus (General) |
| Case in other court: USCA 3rd Circuit, 06-01245 | Jurisdiction: Federal Question |
| Cause: 28:2241 Petition for Writ of Habeas Corpus (Federal) | |

**Petitioner**

**Ronald G. Johnson**　　　　　　　　　　represented by **Ronald G. Johnson**
SBI #182421
Howard R. Young Correctional Institution
1301 East 12th Street
P.O. Box 9561
Wilmington, DE 19809
PRO SE

V.

**Defendant**

**Court of Common Pleas for New Castle County**　　represented by **Thomas E. Brown**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
Email: thomase.brown@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Justice of the Peace Court 20**　　represented by **Thomas E. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Delaware Attorney General**　　represented by **Thomas E. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Warden Raphael Williams**　　represented by **Thomas E. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 05/02/2005 | 1 | MOTION for Transfer to Proper Court, MOTION for Leave to Proceed in forma pauperis - filed by Ronald G. Johnson. (mwm, ) (Entered: 05/03/2005) |
| 05/02/2005 | 2 | PETITION for Writ of Habeas Corpus - filed by Ronald G. Johnson. (Attachments: # 1 Exhibit A# 2 Exhibit B (SEALED)(mwm) Modified on 6/15/2007 (eew). (Entered: 05/03/2005) |
| 05/02/2005 | 3 | REDACTED VERSION of Exhibit B re:2 Petition for Writ of Habeas Corpus by Ronald G. Johnson. (mwm, ) (Entered: 05/03/2005) |
| 05/20/2005 | 4 | MOTION for Status of Case - filed by Ronald G. Johnson. (cas) (Entered: 05/20/2005) |
| 05/23/2005 | 5 | ORDER notifying petitioner that AEDPA applies to petition and petitioner must file attached election form with the court. (Copy to pet. with Mag. Consent Form & AEDPA Form) Notice of Compliance deadline set for 6/23/2005. Signed by Judge Kent A. Jordan on 5/23/05. (ntl, ) (Entered: 05/23/2005) |
| 05/24/2005 | | (Court only) ***Motions terminated: 4 MOTION for Status of Case filed by Ronald G. Johnson,. (rwc, ) (Entered: 05/24/2005) |
| 05/25/2005 | 6 | Letter dated 5/25/05 to Ronald G. Johnson from Clerk regarding response to DI# 4. (rwc, ) (Entered: 05/25/2005) |
| 06/01/2005 | 7 | AEDPA Election Form filed by petitioner and requesting to withdraw 2254 petition without prejudice. (rwc, ) (Entered: 06/07/2005) |
| 06/01/2005 | 8 | Document titled "Motion to Strike Previous Filing" construed as a MOTION for Leave to File Amended Petition - filed by Ronald G. Johnson. (rwc, ) (Entered: 06/07/2005) |
| 06/07/2005 | 9 | AMENDED PETITION for Writ of Habeas Corpus - filed by Ronald G. Johnson.(rwc, ) (Entered: 06/07/2005) |
| 06/09/2005 | 10 | MOTION - for Status of Case, to Make Amendment to Action, and to Dismiss State Case and Charges - filed by Ronald G. Johnson. (rwc, ) (Entered: 06/09/2005) |
| 06/16/2005 | 11 | ORDER, granting Petitioner's Motions 7, 8. Clerk shall serve by certified mail, the docket items indicated in paragraph 3 of this Order, upon the Warden and the Attorney General. Within 45 days of receipt, respondents shall respond as directed. (Copy to petitioner, Warden & AG). Signed by Judge Kent A. Jordan on 6/16/05. (rwc, ) (Entered: 06/16/2005) |
| 06/16/2005 | | Remark : Exit service copies to Warden & DE AG via cert. mail per DI# 11. (rwc, ) (Entered: 06/16/2005) |
| 06/16/2005 | 12 | Post Office RECEIPT Re: service of 11 Order. (rwc, ) (Entered: 06/16/2005) |
| 06/16/2005 | 13 | Post Office RECEIPT Re: service of 11 Order. (rwc, ) (Entered: 06/16/2005) |
| 06/17/2005 | 15 | Return of Service Executed by State of Delaware Attorney General. State of Delaware Attorney General served on 6/17/2005, answer due 8/1/2005. (rwc, ) (Entered: 06/20/2005) |
| 06/20/2005 | 14 | Return of Service Executed by Raphael Williams. Raphael Williams served on 6/17/2005, answer due 8/1/2005. (rwc, ) (Entered: 06/20/2005) |
| 07/28/2005 | 16 | Document titled "Motion to Make Amendments" construed as a MOTION to Amend 2 Petition for Writ of Habeas Corpus - filed by Ronald G. Johnson. (rwc, ) (Entered: 07/28/2005) |
| 08/01/2005 | 17 | RESPONSE to Petition for Writ of Habeas Corpus, RESPONSE to Petition for Writ of Habeas Corpus by Raphael Williams, Court of Common Pleas for New Castle County, Justice of the Peace Court 20, State of Delaware Attorney General. (Attachments: # 1 Exhibit Unreported Opinion: Coffield v. Carroll, civ. Act. No. 03-367-SLR# 2 Exhibit |

| | | |
|---|---|---|
| | | Unreported Opinion: McDowell v. Chesney, Civ. Act. No. 03-818-JJF)(Brown, Thomas) (Entered: 08/01/2005) |
| 08/01/2005 | [18](#) | First MOTION for Extension of Time to File *Certified State Court Records* - filed by Raphael Williams, Court of Common Pleas for New Castle County, Justice of the Peace Court 20, State of Delaware Attorney General. (Brown, Thomas) (Entered: 08/01/2005) |
| 08/01/2005 | | SO ORDERED, re [18](#) First MOTION for Extension of Time to File *Certified State Court Records. Signed by Judge Kent A. Jordan on 8/1/05. (rwc, ) (Entered: 08/02/2005)* |
| 08/16/2005 | [19](#) | Response to [17](#) Answer and MOTION for Judgment on the Pleadings - filed by Ronald G. Johnson. (rwc, ) (Entered: 08/16/2005) |
| 08/16/2005 | [20](#) | MOTION for Finding of Facts Hearing, Evidentiary Hearing, and for Oral Argument - filed by Ronald G. Johnson. (rwc, ) (Entered: 08/16/2005) |
| 08/18/2005 | [21](#) | Letter dated 8/18/05 to Ronald Johnson from Clerk regarding proof of service upon defense counsel required for documents filed. (rwc, ) (Entered: 08/18/2005) |
| 08/26/2005 | [22](#) | EXHIBITS B & C re [2](#) Petition for Writ of Habeas Corpus - filed by Ronald G. Johnson. (Attachments: (1) Exhibit B to letter, (2) Exhibit C to letter)(rwc, ) (Entered: 08/26/2005) |
| 08/30/2005 | [23](#) | NOTICE of filing the following document(s) in paper format: Certified State Court Records. Original document(s) on file in Clerk's Office. Notice filed by Thomas E. Brown on behalf of Raphael Williams, Court of Common Pleas for New Castle County, Justice of the Peace Court 20, State of Delaware Attorney General (Brown, Thomas) (Entered: 08/30/2005) |
| 08/30/2005 | [24](#) | STATE COURT RECORD filed by Raphael Williams. (Record on file in Clerk's Office) (rwc, ) (Entered: 08/31/2005) |
| 09/01/2005 | [25](#) | Letter to Clerk from Ronald Johnson regarding request for copywork. (rwc, ) (Entered: 09/01/2005) |
| 09/01/2005 | [26](#) | Letter dated 9/1/05 to Ronald Johnson from Clerk regarding response to DI# 25. (rwc, ) (Entered: 09/01/2005) |
| 09/01/2005 | [27](#) | CERTIFICATE OF SERVICE of by Ronald G. Johnson re [20](#) MOTION for Hearing, [19](#) MOTION for Judgment on the Pleadings (rwc, ) (Entered: 09/01/2005) |
| 09/01/2005 | [28](#) | MOTION to Amend [2](#) Petition for Writ of Habeas Corpus - filed by Ronald G. Johnson. (rwc, ) (Entered: 09/01/2005) |
| 09/01/2005 | [29](#) | NOTICE OF SERVICE of prior filings - filed by Ronald G. Johnson.(rwc, ) (Entered: 09/02/2005) |
| 10/18/2005 | [30](#) | MOTION for Certified Copies Ordered - filed by Ronald G. Johnson. (rwc, ) (Entered: 10/18/2005) |
| ==10/25/2005== | ❌ [31](#) | ==SEALED EXHIBIT - in support of [2](#) Petition for Writ of Habeas Corpus - filed by Ronald G. Johnson. (rwc, ) (Entered: 10/26/2005)== |
| 11/01/2005 | [32](#) | Document titled "Writ of Mandamus", construed as a Supplemental Habeas Petition and MOTION for Discovery, pursuant to the Order [DI# 2] issued in CA 05-726 KAJ - filed by Ronald G. Johnson. (rwc, ) (Entered: 11/02/2005) |
| 11/03/2005 | [33](#) | Document titled "Writ of Error," construed as a MEMORANDUM in Support of [2](#) Petition for Writ of Habeas Corpus - filed by Ronald G. Johnson. (rwc, ) (Entered: 11/04/2005) |
| 11/07/2005 | [34](#) | NOTICE of Discontinue Electronic Service by USA (Andrews, Richard) (Entered: 11/07/2005) |