OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

9/17/007

Ronald G. Johnson
27 Dorsey Lane
Bear, De 19701

RE: **Johnson v. Williams**
CA 05-258 KAJ

Dear Pro Se Party:

Pursuant to the Order entered on 7/20/07 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 2(B-Exhibit to Petition),31.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: /s/

I hereby acknowledge receipt of the above mentioned documents on 9-17-2007.

_____
Signature

FILED
SEP 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE